NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3119

BOOKER MCCLENTY,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in AT3443080464-I-1.

ON MOTION

Before LINN, Circuit Judge.

### O R D E R

The court treats Booker McClenty's recent correspondence as a motion for an extension of time to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. McClenty's brief is due within 30 days of the date of filing of this order.

MAY -1 2009

_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Booker McClenty (informal brief form enclosed)
Calvin Morrow, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY -1 2009

JAN HORBALY
CLERK